562 U.S. 803, 131 S. Ct. 105, 178 L. Ed. 2d 4, 2010 U.S. LEXIS 7803.

October 4, 2010. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit dismissed. See Rule 39.8. As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in non-criminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and petition submitted in compliance with Rule 33.1. See Martin v. District of Columbia Court of Appeals, 506 U.S. 1, 113 S. Ct. 397, 121 L. Ed. 2d 305 (1992) (per curiam).

**No. 09-10761. Dale G. Wills, Petitioner v. Todd Barton, Clerk, Superior Court of California, Kings County.**

562 U.S. 803, 131 S. Ct. 106, 178 L. Ed. 2d 4, 2010 U.S. LEXIS 7781.

October 4, 2010. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit dismissed. See Rule 39.8.

**No. 09-10819. Hung Ha, Petitioner v. Kenneth Mark Burr, et al.**

562 U.S. 803, 131 S. Ct. 112, 178 L. Ed. 2d 4, 2010 U.S. LEXIS 7734.

October 4, 2010. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit dismissed. See Rule 39.8.

**No. 09-10836. Bobby Len Franklin, Petitioner v. BWD Properties 2, LLC, et al.**

562 U.S. 803, 131 S. Ct. 113, 178 L. Ed. 2d 4, 2010 U.S. LEXIS 7787.

October 4, 2010. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit dismissed. See Rule 39.8.

Same case below, 357 Fed. Appx. 956.

**No. 09-10853. Kenneth Edward Barbour, Petitioner v. Counselor Rose, et al.**

562 U.S. 803, 131 S. Ct. 114, 178 L. Ed. 2d 4, 2010 U.S. LEXIS 7821.

October 4, 2010. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit dismissed. See Rule 39.8.